IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER GLASS                                                                    PLAINTIFF

v.                                         CASE NO. 3:13CV00158SWW

SHANNON LANGSTON, Judge
Mississippi County; *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 14th day of August 2013.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE